## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**MALDONADO CINTRON, BLANCA I**<br><br><br>DEBTOR(S) | CASE NO.: **10-05121-ESL**<br>JUDGE: **ENRIQUE S. LAMOUTTE**<br><br><br>(CHAPTER 7) |

### TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on November 2, 2011. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

**Claims docket necessary at this time.** Yes _____ No __✓__.       **Track No.** __✓__

**Exemptions as claimed in Schedule C allowed.** Yes __✓__ No _____

**Creditor(s) Present** Yes _____ No __✓__.       **Attorney's Information**

Present with Debtor(s) was

_____     __✓__ Attorney of Record

_____     _____ Other: _____

_____     _____ Pro-Se - See Certificate

_____

**Debtor to amend within _____ days the following:**

_____ A, __✓__ B, __✓__ C, _____ D, _____ E, _____ I & J, _____ Other _____

_____ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

**Debtor to turn over to Trustee within _____ days:**

_____ Documents on Real Property       _____ Documents on Vehicle
(Appraisal, Title Search, Mortgage Balance)

---

**Trustee further requests that:**

__✓__ Case be closed as no-asset as of the date of §341(a) meeting.       __✓__ Upon receipt of documents.

_____ Case be held open for potential asset recovery.

_____ Case be **RESET** the §341(a) Meeting

_____ On the _____ day of _____, 200___, at _____.

_____ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:

_____ Debtor(s) failed to appear.

_____ Attorney for Debtor(s) failed to appear.

_____ Further testimony or material is needed.

_____ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):

_____ Failure to provide complete: _____ Schedules, _____ Statement of Affairs, _____ Mailing Lists,

_____ Description of estate assets.

_____ Failure of _____ Debtor(s) _____ Counsel to appear at:

_____ initial _____ subsequent creditor meetings.

Dated:   November 2, 2011       _____
                                                WIGBERTO LUGO MENDER, Trustee